JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-06672-MCS-MAR | Date | October 26, 2022 |
| Title | *Peet v. Armstrong Int'l, Inc.* | | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: MOTION TO REMAND (ECF NO. 57) AND STIPULATION TO REMAND (ECF NO. 63) (JS-6)

Plaintiff Stephen C. Peet moves to remand this action to the Los Angeles County Superior Court. (Mot., ECF No. 57-1.) The other parties to the action did not timely respond to the motion. *See* C.D. Cal. R. 7-9. Instead, Plaintiff and Defendant Greene, Tweed & Co. Inc., the party that removed the case, submitted a stipulation to remand the action without an award of fees and costs under 28 U.S.C. § 1447(c). (Stip., ECF No. 63.) Although the stipulation is not joined by the other parties, the Court deems those parties' failure to respond to the motion to remand as their consent to the granting of the motion and their acknowledgment that the Court lacks subject-matter jurisdiction. C.D. Cal. R. 7-12.

Accordingly, the Court grants the motion and stipulation. The Court determines that it lacks subject-matter jurisdiction over the action and remands the case to the Los Angeles County Superior Court, No. 22STCV25238. The Court declines to award fees and costs. The Court directs the Clerk to effect the remand immediately and close the case.

**IT IS SO ORDERED.**